# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED KIDD,<br><br>             Plaintiff,<br><br>      v.<br><br>V. BIGGS, et. al.,<br><br>             Defendant. | CV F- 06-1098 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on August 21, 2006. On May 7, 2007, the court issued an order advising plaintiff to either filed an amended complaint or advise the court that he wished to proceed only against defendants Biggs, Oxborrow, Dhillon and Madrid on his excessive force claims. On May 24, 2007, plaintiff advised that he wished to proceed on his excessive force claims. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Biggs, Oxborrow, Dhillon and Madrid.
2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 21, 2004.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1     attached Notice of Submission of Documents and submit the completed Notice to the
2     Court with the following documents:
3         a.    Completed summons;
4         b.    One completed USM-285 form for each defendant listed above; and
5         c.    Four (4) copies of the endorsed complaint filed August 21, 2006.
6     4.    Plaintiff need not attempt service on Defendants and need not request waiver of
7     service. Upon receipt of the above-described documents, the court will direct the
8     United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9     of Civil Procedure 4 without payment of costs.
10     5.    <u>The failure to comply with this Order will result in a Recommendation that this action
11     be dismissed.</u>
12     IT IS SO ORDERED.
13     Dated:   **August 15, 2008**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE