IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED R. KIDD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 01:06-1098 BLW MHW |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| V. BIGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This case has been referred to the undersigned United States Magistrate Judge for all pretrial matters. Before the Court is Plaintiff's Motion for Extension of Time.

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion (Docket No. 33) is GRANTED. Plaintiff shall file a response to the Defendants' Motion to Dismiss no later than April 30, 2009. No further extensions shall be granted.

DATED: April 16, 2009

Honorable Mikel H. Williams
United States Magistrate Judge