IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ALFRED R. KIDD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 01:06-1098 BLW MHW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| V. BIGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based on the Court's Order dismissing this case, filed herewith, NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED without prejudice.

DATED:  **June 18, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**